IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-00207-BO

PATRICIA BORDONARO,                       )
                                          )
                    Plaintiff,            )
                                          )
        v.                                )
                                          )        **ORDER**
KILOLO KIJAKAZI,                          )
Acting Commissioner of Social Security,   )
                                          )
                    Defendant.            )

This action being submitted to the Court for an Order upon Plaintiff's showing that the

Commissioner of Social Security should pay the sum of $18,000.00 for attorney fees, representing

less than 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant

to § 406(b) of the Social Security Act. It also appearing that upon receipt of the 406(b) fee,

Plaintiff's counsel shall pay to Plaintiff the lesser EAJA fee of $5,600.00.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's

counsel, Derrick K. Arrowood, the sum of $18,000.00 sent to his office at P.O. Box 58129,

Raleigh, North Carolina 27658, and that Plaintiff's counsel pay to Plaintiff the sum of $5,600.00

and upon the payment of such sums, this case is dismissed with prejudice.

This ___1___ day of ___Sept.___, 2023,

_Terrence Boyle_
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE